## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index # 07CIV8131                                         Purchased/Filed: September 17, 2007

STATE OF NEW YORK          UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT

---

*Trustees of the District Council 9 Painting Industry Insurance and Annuity Funds*          Plaintiff

against

*J. & M. Corporate Painter, Inc.*          Defendant

---

STATE OF NEW YORK
COUNTY OF ALBANY          SS.:

_____ Jessica  Miller _____ , being duly sworn, deposes and says: deponent is over

the age of eighteen (18) years; that on _____ September 27, 2007 _____ , at _ 2:00 pm _ , at the office of the

Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Summons, Rule 7.1 and Complaint

on

_____ J. & M. Corporate Painter, Inc. _____ , the

Defendant in this action, by delivering to and leaving with _____ Carol Vogt _____ ,

AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the

Office of the Secretary of State of the State of New York, _ 2 _ true copies thereof and that at the time

of making such service, deponent paid said Secretary of State a fee of _ 40 _ dollars; That said service

was made pursuant to Section _ 306 Business Corporation Law _ .

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office

of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said

defendant.

Description of the person served:  Approx. Age: _ 43 _     Approx. Wt _ 118 _     Approx. Ht: _ 5' _

Color of skin: _ White _    Hair color: _ Brown _    Sex: _ F _    Other: _____

Sworn to before me on this

_ 29th _ day of _____ September, 2007 _____

DONNA M. TIDINGS
NOTARY PUBLIC, State of New York
No. 01TI4698570, Qualified in Albany County
Commission Expires June 29, 2011

Jessica  Miller

Invoice+Work Order # SP0708107

*SERVICO, INC. - PO BOX 871 - ALBANY, NEW YORK 12201 - PH 518-463-4179*