UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
TRUSTEES OF THE DISTRICT COUNCIL 9 PAINTING
INDUSTRY INSURANCE AND ANNUITY FUNDS,

                                        Index No.: 07-CIV-8131 (WCC)

                        Plaintiffs,          **VOLUNTARY NOTICE**
                                              **OF DISMISSAL**

        -against-

J. & M. CORPORATE PAINTER, INC.,

                        Defendant.
-----------------------------------------------------------------------x

        Please take notice that pursuant to Federal Rules of Civil Procedure 41(a)(1)(i) the

plaintiffs by the undersigned attorney of record hereby voluntarily dismisses the above

entitled action.  Without Prejudice.

Dated:  May 19, 2008
        Elmsford, New York

                                        Dana L. Henke, Esq. (DLH3025)
                                        Attorney for Plaintiff
                                        258 Saw Mill River Road
                                        Elmsford, New York 10523
                                        (914) 592-1515

SO ORDERED  5/21/08

Honorable William C. Conner, U.S.D.J.
White Plains, N.Y.

COPIES MAILED TO COUNSEL OF RECORD for π

                                        TOTAL P.02

---

**Barnes, Iaccarino, Virginia, Ambinder & Shepherd, PLLC**
ATTORNEYS AT LAW
258 Saw Mill River Road
Elmsford, New York 10523
(914) 592-1515
Fax (914) 592-3213

---

# facsimile transmittal

The information contained in this facsimile transmission is confidential and is intended only for the use of the individual named below. If you have received this transmission in error, please notify us immediately by telephone and destroy this entire transmittal.

☐  **Urgent**       ☐  **For Review**       ☐  **Please Comment**       ☐  **Please Reply**

To:        Honorable William C. Conner
From:      Dawn Stefanik, Paralegal
Re:        07-CIV-8131 (WCC) Voluntary Notice of Dismissal
Date:      5/19/08
Fax:       (914) 390-4170
Pages:     2 (including cover page)

---

Enclosed please find a courtesy copy of the Voluntary Notice of Dismissal for the above-referenced case, which has been simultaneously e-mailed to the clerk of the court.

Thank you.